JAMES J. WALDORF BAR NO. 38297
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. ACV 08-01547 |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| SHARON M. SHAW-DAVILA, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, SHARON M. SHAW-DAVILA, in the total amount of $6,055.74.

Dated: March 31, 2008

SHERRI R. CARTER, CLERK
United States District Court
Central District of California

/s/K.Phillips for Sharon McGee-Traylor
By: Deputy Clerk

1